NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TIMOTHY A. WARNER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2012-7021

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0665, Judge William A. Moorman.

**ON MOTION**

## ORDER

Timothy A. Warner moves without opposition for leave to file a motion for an enlargement of time in which to file the appellant's reply brief out of time and for an extension of time, until August 17, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUL 05 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Elizabeth M. Hosford, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 05 2012

JAN HORBALY
CLERK